UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF

CALIFORNIA

FILED

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STRIDER RÖGNIRHÁR,

Plaintiff,

v.

N. GRANNIS, et al.,

Defendants.

CV 07 6133 JSW

MOTION FOR ORDER ON INITIAL
REVIEW AND ORDER FOR INITIAL
PAYMENT OF FILING FEE

COMES NOW the Plaintiff, Strider Rögnichár (alkla Jonathan Picollo) and respectfully moves this Court for an Order on initial review and Order for initial payment of filing fee. Plaintiff makes this motion because the instant litigation was filed on 7 December 2007 and no order has been issued with respect to this case. Service has not been made on the Defendants due to the lack of such an Order. Plaintiff still suffers Constitutional violations of his First Amendment right and violations of 42 U.S.C. §2000cc et seq. (RLUIPA). Plaintiff seeks to be in a position where he can move for preliminary injunctive relief, but parties must be served for this to occur.

Dated: 7 March 2008                    Respectfully submitted,

Strider Rögnirhár

STRIDER RÖGNIRHÁR

1

(aka: Jonathan Picollo)
S.V.S.P., B-4-217
P.O. Box 1050
Soledad, CA 93960-1050

2