**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                        415.522.2000

April 25, 2008

**United States District Court-Eastern California**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 07-06133 JSW  STRIDER ROGNIRHAR-v-N. GRANNIS

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒       Certified copy of docket entries.

        ☒       Certified copy of Transferral Order.

        ☒       Original case file documents.

        ☒       Please access the electronic case file for additional pleadings you may need.  See

               the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,
                      RICHARD W. WIEKING, Clerk

                      by:  Hilary D. Jackson
                      Case Systems Administrator

Enclosures
Copies to counsel of record