UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

**ORIGINAL FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

415.522.2000

Richard W. Wieking
Clerk

April 25, 2008

United States District Court-Eastern California
501 I Street
Sacramento, CA 95814

2 0 8 - CV - 0 8 9 2 FCD EFB PC

RE: CV 07-06133 JSW  STRIDER ROGNIRHAR-v-N. GRANNIS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See

        the attached instructions for details.


    Please acknowledge receipt of the above documents on the attached copy of this letter.


                        Sincerely,
                        RICHARD W. WIEKING, Clerk


                        by: Hilary D. Jackson
                        Case Systems Administrator


Enclosures
Copies to counsel of record